**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDRA SMITH,** | **:** | |
| **Plaintiff** | **:** | **No. 1:20-cv-02316** |
| | **:** | |
| **v.** | **:** | **(Judge Kane)** |
| | **:** | |
| **SERVICE EMPLOYEES** | **:** | |
| **INTERNATIONAL UNION, LOCAL** | **:** | |
| **668, <u>et</u> <u>al.</u>,** | **:** | |
| **Defendants** | **:** | |

## <u>ORDER</u>

**AND NOW**, on this 12th day of October 2021, in accordance with the accompanying

Memorandum, **IT IS ORDERED THAT**:

1.    The motions to dismiss and for judgment on the pleadings filed by Defendant Service Employees International Union, Local 668 (Doc. No. 31) and Defendants Michael Newsome and Brian T. Lyman (Doc. No. 36) are **GRANTED**;

2.    Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

3.    The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
